AUSA:   Erin Ramamurthy          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:          Anthony Resendez          Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
   v.

  Justin MILLER

Case: 2:25−mj−30571
Assigned To : Unassigned
Assign. Date : 9/10/2025
Description: CMP USA v Miller (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 1, 2024 - Setpember 10, 2025___ in the county of __Wayne and elsewhere__ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 2422 (b) | Coercion and enticement of a minor |
| 18 U.S.C. §§ 875(b) & (c) | Interstate transmission of extortionate threats and threatening communications |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_Anthony Resendez, Special Agent - FBI_
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  __September 10, 2025__

_____
*Judge's signature*

City and state:  _Detroit, Michigan_

_Hon. Anthony P. Patti, U.S. Magistrate Judge_
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Anthony Resendez, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 2019.  I am assigned to the FBI Detroit Joint Terrorism Task Force as part of the Counter Terrorism (CT)-4 Squad. CT-4 is responsible for investigating Domestic Terrorism cases (including Racially Motivated Violent Extremism, Anti-Government Extremism, Anarchist Extremism, Abortion Extremism and Militia Extremism). As part of my duties, I have investigated domestic extremism cases. As a federal agent, I am authorized to investigate violations of the laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.  There is probable cause to believe that a search of will lead to evidence and instrumentalities of crimes committed, as well as to the identification of individuals who are engaged in the commission of those and related crimes.

2.     This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Justin MILLER for violations of 18 U.S.C. § 2251 (production of child pornography), 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), 18 U.S.C. § 2422 (b) (coercion and enticement of a minor),

1

and 18 U.S.C. §§ 875(b) & (c) (interstate transmission of extortionate threats and threatening communications).

3.     The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as an FBI Special Agent.  I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that MILLER has violated the above statute.

## PROBABLE CAUSE

### Nihilistic Violent Extremism

4.     Nihilistic Violent Extremists (NVEs) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.

2

5.    NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of child sexual abuse material (CSAM) and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

6.    Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the network. These demands include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

7.    Historically, NVEs systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, the victims to mutilate themselves, do violence, or threaten violence, to others and either film or photograph such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the

purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

8.    NVE networks have adopted various monikers to identify themselves. The networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVE.

### 764 and related networks

9.    "764" and related groups are NVEs who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work together towards the common purpose of destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

### Identification of Justin MILLER as User Sharing CSAM

10.    Telegram is a messaging platform that utilizes end-to-end encryption and is available on all mobile device operating systems (iOS, Android, and Windows) and major computer operating systems (Mac OD/PC/Linux). Telegram also is available as a web-version. Telegram provides a cloud-based messaging service that allows users to exchange messages and photos, videos, and files.

11.    In August 2024, in the stored phone contents of an identified juvenile victim, the FBI identified Telegram user "@swampy212," UID 6790085632 (TELEGRAM 1) as participating in 764-related activity. TELEGRAM 1 had an additional username of "@sugasniffer" with the same UID. Specifically, TELEGRAM 1 was an administrator of the chat group "Cuttingcom pt5," which I know based on my training and experience working NVE and 764-related cases, to be a chat group where images and videos of self-mutilation were shared, and discussions of extortion occurred amongst users.

12.    According to subpoena returns from Telegram in January 2025, the phone number used to register TELEGRAM 1 was +12316520365 (PHONE 1). According to a subpoena return from T-Mobile received on August 5, 2025, the subscriber of the phone was MILLER's mother with a listed address in Newaygo, Michigan. A search of a commercially available database of PHONE 1 attributed PHONE 1 to Justin Miller (MILLER) and the same address in Newaygo, Michigan.

13.    In July 2025, the FBI conducted an interview of MILLER's mother, who identified "swampy" and "sugarsniffer" as usernames MILLER commonly uses online. MILLER's brother was also present for the interview. MILLER's brother stated MILLER utilizes multiple phone numbers, the most recent of which is +12312455684 (PHONE 2). According to a subpoena return from T. Mobile received in August 2025, the subscriber of PHONE 2 is MILLER's mother.

MILLER's mother confirmed PHONE 2 was MILLER's current phone number, and stated MILLER was currently residing in the Farmington, Michigan area.

14.     In August 2025, the FBI queried "sugasniffer" and variations of "swampy" against NCMEC holdings. NCMEC is a private, non-profit corporation whose mission is to help find missing children, reduce child exploitation, and prevent child victimization, as further detailed below. NCMEC identified Kik account "swampy2323" in CyberTipline report CT170492159 as an account that shared 10 files containing CSAM between May and June 2023. I reviewed all 10 files containing CSAM, the details of which are listed in the below section of this affidavit. The e-mail address listed in report CT170492159 for Kik user "swampy2323" was sugasniffer@gmail.com (EMAIL 1).

15.     Kik Messenger, commonly called Kik, is a freeware instant messaging mobile app from the MediaLab company and is available free of charge on iOS (Apple) and Android device operating systems. It is a social networking application that permits a user to trade and disseminate various forms of digital media while using a cellphone. Unlike other messaging apps, Kik usernames—not phone numbers—are the basis for Kik user accounts. Kik users can exchange images, videos, sketches, stickers, and web-page content by posting such content privately with individual users (with whom the user selects) or publicly (on the Kik platform) with multiple individuals who belong to "Groups." Based on my training and

experience, I know that Kik is often used for illegal purposes, including the receipt, distribution, and transportation of child pornography as well as for engaging in sexually explicit conversations with children, and/or their parents or guardians, for the purpose of grooming and meeting them for illegal sexual activity. This is, in part, because of the perceived high degree of anonymity that is afforded to the user during the use of the Kik application.

16.     According to subpoena returns from Google obtained in August 2025, EMAIL 1 identified a recovery e-mail of "jmillr18@gmail.com" (EMAIL 2) and a recovery phone number of PHONE 1. The account was created in March 2022 and was last updated in July 2025. EMAIL 1 also has an associated TikTok account with the username "@swampy1020" and a profile photo depicting the logo of 764, as seen below:



### Review of Telegram Chats

17.     Third party collection of Telegram messages sent by TELEGRAM 1 indicate significant involvement in NVE and 764-related activity as previously listed

in the Nihilistic Violent Extremists section of this affidavit. TELEGRAM 1 also shared self-harm media in multiple NVE chats of consistent with NVE activity.

18.   In April and May 2024, in multiple identified Telegram groups, TELEGRAM 1 admits to being a member of the "com." Based on my training and experience, I know "com" to refer to the "Community," which is a term for the online threat network of individuals participating in NVE and 764-related activity. TELEGRAM 1 wrote,

    a.   "Im in com but i hardly interact with any comfags nigger retards"

    b.   "Ive only officially joined com in october 2023"

19.   In March and May 2024, in multiple identified Telegram groups, TELEGRAM 1 discusses receiving media depicting self-harm from other users, sometimes referring to them as "cutsigns" or "signs." Based on my training and experience, I know "cutsigns" are often the usernames of extorters carved into the flesh of the victim. TELEGRAM 1 also requests self-harm content from other users. TELEGRAM 1 wrote,

    a.   "No ive never cut, people did them for me, my profile pics"

    b.   "People cut my name in their skin"

    c.   "Put my name on your dick"

    d.   "Theyll cut my name"

    e.   "Crazy my signs are deeper tbh"

8

  f.  "Cut daddys name"

  g.  "Cutsign for me"

  h.  "Cut my name on your dick"

  i.  "Lmao cut ur cock for me"

20. In February and May 2024, TELEGRAM 1 shared two media files depicting "cutsigns" of TELGRAM 1's username. The video descriptions are below:

  a.  A video of cuttings and the name "swampy" on an individual who appears to be hanging themselves.

  b.  A media file of "swampy" and a heart cut into a thigh.

21. In May 2024, TELEGRAM 1 discussed a possible relationship with user "Rabid." "Rabid" was the username of 764 member Richard Densmore of Kaleva, Michigan who was sentenced to 30 years in federal prison for sexually exploiting a child in November 2024. TELEGRAM 1 wrote,

  a.  "Rabid hated me lmao, dont know why tho tbh"

22. Also in May 2024, TELEGRAM 1 shared a video where the names "Swampy" and "Rabid" were carved on different body parts of an unidentified victim.

23. In May 2024, TELEGRAM 1 threatened at least two users in an identified chat group. TELEGRAM 1 wrote:

a. "I dox u if u dont make a dance full naked or pay 10 euros to this paypal…i will swat u nigga"

b. "Ill fuck that dumb bitch in her ass if she grounds you, show ur mom this" and "Pussy, ill cuck ur dad and make him do cum signs"

24. In May 2024, TELEGRAM 1 discussed viewing animal crushing and gore content consistent with NVE and 764-related activity in an identified 764-related chat group. TELEGRAM 1 wrote,

a. "Lmao have u seen the guy who cut up the puppys and shit," "He cut them up, fucked them, fed them to a dog, tied it up, gutted it and fucked it while alive"

**Reports from NCMEC of CSAM Possession**

25. NCMEC is a private, non-profit corporation whose mission is to help find missing children, reduce child exploitation, and prevent child victimization. The NCMEC CyberTipline is a reporting mechanism for the public and electronic service providers to report instances of suspected child sexual exploitation. Per the NCEMEC website, "a critical function of the CyberTipline is to refer reports to the law enforcement agency that is best able to respond and address the issue being reported… the CyberTipline serves as a global clearinghouse and reports are referred to law enforcement through the U.S. and around the world." NCMEC makes

CyberTipline reports available to local, state, and federal law enforcement agencies, as well as foreign law enforcement partners.

26.     As stated above, in August 2025, the FBI queried "sugasniffer" and variations of "swampy" against NCMEC holdings. NCMEC identified Kik account "swampy2323" in CyberTipline report CT170492159 as an account that shared 10 files containing CSAM between May and June 2023. The Kik account "swampy2323" shared these files from IP address 66.227.146.228 (IP ADDRESS 2). The FBI ran IP ADDRESS 2 against NCMEC holdings. NCMEC identified Snapchat account "jazzy8514," with an email address ronsarns902@gmail.com (EMAIL 3) in report CT174119940 as having shared one file containing CSAM in September 2023. I reviewed the file and confirmed it met the federal definition of child pornography. A description of the file is below:

   a.     A video depicting an adult penis repeatedly and rapidly inserted into the vagina of a prepubescent female.

27.     According to subpoena returns from Google, EMAIL 3 utilized IP ADDRESS 1 between January and April 2025, which connects to an address in Farmington Hills, Michigan (the Farmington Hills Residence).

28.     In August 2025, the FBI queried EMAIL 3 against NCMEC holdings. NCMEC identified Snapchat account "dilly2341" having shared 3 files containing CSAM and engaging in possible grooming behavior of an identified minor victim in

11

August 2024 according to CT199180819. The associated email with this Snapchat account was EMAIL 3 and utilized IP address 97.70.104.178 (IP ADDRESS 3). A subpoena to Charter Communications in August 2025 found MILLER'S uncle to be the subscriber of IP ADDRESS 3 at the Farmington Hills Residence. The FBI later determined the Farmington Hills Residence to be MILLER's residence.

29.     In the report CT199180819, "dilly2341" writes to the identified victim, "Show me your pussy." The victim responds, "Where?" "dilly2341" writes, "Show me ur pussy spread open" and sends 3 images as examples, all of which I reviewed and meet the federal definition of child pornography:

      a.     A picture of a prepubescent vagina.

      b.     A picture of a prepubescent vagina.

      c.     A picture of a prepubescent vagina.

30.     As stated above, NCMEC identified Kik account "swampy2323" in CyberTipline report CT170492159 as an account that shared 10 files containing CSAM between May and June 2023. I reviewed all files shared by Kik account "swampy2323" and confirmed all files met the federal definition of child pornography. The Kik account shared these files on May 25, 2023, at 22:15:39 UTC, 22:38:58 UTC, and 22:39:26 UTC, May 28, 2023, at 23:34:08 UTC, May 29, 2023 at 16:55:24 UTC, May 31, 2023 at 15:36:54 UTC, 15:58:59 UTC, 16:12:51 UTC, June 2, 2023 at 1:25:36 UTC and 1:25:46 UTC. Below is a description of those files:

a.   A video of an adult finger being inserted into the vagina of a prepubescent female.

b.   A video of an adult penis being inserted into the vagina of a prepubescent female.

c.   A video of an adult finger being inserted into a vagina of a prepubescent female.

d.   A video of an adult penis being inserted into the vagina of a prepubescent female.

e.   A video of an adult penis being inserted into the vagina of a prepubescent female.

f.   A video of an adult finger being inserted into a vagina of a prepubescent female.

g.   A photograph of two prepubescent females with their legs spread exposing their vaginas and buttocks.

h.   A photograph of two prepubescent females with their legs spread exposing their vaginas and buttocks.

i.   A photograph of two prepubescent females with their legs spread exposing their vaginas and buttocks.

j.   A photograph of two prepubescent females with their legs spread exposing their vaginas and buttocks.

31.   NCMEC also identified X account "__swampy__" (UID: 1741240895385595905) in report CT190129760 as having shared CSAM in December 2023. CT190129760 identified a recovery email for the X account of next9657@gmail.com (EMAIL 4). According to subpoena returns from Google obtained in August 2025, the IP address accessed by EMAIL 4 was IP ADDRESS 1, which resolves to the Shiawassee address.

32.   In my training and experience, the dissemination of animal crush videos, gore content, and CSAM is a tactic employed by NVEs, both individually and as a network. The purpose of distributing such content is to systematically and methodically target vulnerable populations and desensitize them to violence by, among other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of CSAM and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

## Search of MILLER Residence

33.   On September 10, 2025, while executing a search warrant related to above crimes at the Farmington Hills Residence, the following evidence was seized:

a.   A Samsung Galaxy S24 Ultra, associated with telephone number +1-231-245-5684.

b.   Skytech Gaming Computer tower.

c.      Spectrum Router

34.    On the same day, MILLER agreed to be interviewed by FBI Agents after being advised of his *Miranda* rights regarding his online activity and 764-related materials.

35.    MILLER admitted to utilizing variations of the moniker "swampy" on social media and messaging platforms, such as Telegram. MILLER utilized the e-mail "sugasniffer@gmail.com" for social media and messaging platforms.

36.    During the interview, MILLER voluntarily provided agents with access to his cellular telephone.

37.    MILLER advised agents that some of the images and videos depict minor females between the ages of 15 – 16. MILLER told agents that the pictures and videos could be found on the native Samsung photo gallery and others would be stored on Google Photos. The associated Google account is jamillr12@gmail.com. Miller reported to the FBI agents that the photographs and video content stored on his phone depicted minor females engaged in sexual acts and sexual activity.  FBI Agents reviewed the content which Miller stated contained the minor females and determined they met the federal definition of child pornography.

38.    Descriptions of the child pornography stored to Miller's phone included:

a.      An hour-long screen recorded video chat with MILLER where a minor female inserts a sex toy into her vagina. MILLER is depicted masturbating while viewing the video. MILLER believed the female to be 15 years old.

b.      A 7-minute screen recorded video chat depicting a minor female masturbating while MILLER masturbates. The video is dated March 29, 2025. MILLER believed the minor female to be 15 years old.

c.      A 54-minute screen recorded video chat depicting the minor female masturbating while MILLER masturbates with a sex toy, being a child sized replica of a vagina and anus. The video is dated May 30, 2025. MILLER believed the minor female to be 15 years old.

d.      A photograph of a minor female masturbating. The video is dated May 23, 2025. MILLER believed the minor female to be 16 years old.

e.      A video of a minor female masturbating. The minor female takes a razor and cuts her inner thigh after writing "swampy" on her chest. The minor female then takes a hairbrush and inserts it into

16

her anus. MILLER believed the minor female to be 16 years of age.

f.    Three photographs of a minor female's vagina. The pictures are dated January 28, 2025. MILLER believed the minor female to be 15 years of age.

g.    Two videos of a minor female masturbating. The videos are dated January 28, 2025. MILLER believed the minor female to be 15 years old.

39.    MILLER stated much of the child pornography was produced per his instructions to the minor females on how to pose or what sexual acts to engage in, while he was communicated with the minor females in "intimate" sexual conversations.

40.    Also during the interview, MILLER admitted to having a substantial role on Telegram, such as being an Administrator on the "CuttingCom" channel. MILLER's role was to create and publicize the rules for channel members to follow.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that Justin

MILLER violated 18 U.S.C. §§ 2251 (production of child pornography), 18 U.S.C.

§ 2252A(a)(5)(B) (possession of child pornography), 18 U.S.C. § 2422 (b)

(coercion and enticement of a minor), and 18 U.S.C. §§ 875(b) & (c) (interstate

transmission of extortionate threats and threatening communications).

Respectfully submitted,

Anthony Resendez, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date:   September 10, 2025

18