| | | |
|---|---|---|
| | AUSA: Erin Ramamurthy | Telephone: (313) 226-9100 |
| | Special Agent: Anthony Resendez | Telephone: (313) 965-2323 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: s/ Shelby Hicks
Deputy

United States of America
v.

Justin MILLER

Case: 2:25-mj-30571
Assigned To : Unassigned
Assign. Date : 9/10/2025
Description: CMP USA v Miller (SH)

## ARREST WARRANT

FILED USDC - CLRK DET
2025 SEP 11 PM 12:28

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) __Justin MILLER_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251 - Production of child pornography

18 U.S.C. § 2252A(a)(5)(B) - Possession of child pornography

18 U.S.C. § 2422 (b) - Coercion and enticement of a minor

18 U.S.C. §§ 875(b) & (c) - Interstate transmission of extortionate threats and threatening communications

Date:   September 10, 2025

_____
Issuing officer's signature

City and state:   Detroit, Michigan

Hon. Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) __9/10/25__, and the person was arrested on (date) __9/10/25__
at (city and state) __FARMINGTON HILLS, MI__.

Date:   __9/11/25__

_____
Arresting officer's signature

ANTHONY RESENDEZ   SPECIAL AGENT
Printed name and title

---

Distribution:  Original Court – 1copy U.S. Marshal – 2 copies USA